*In re Robin Elaine Mowbray*                                    Case 8:25-bk-10543- TA

                                                                      Chapter 11

## United States Bankruptcy Court
## Central District of California, Santa Ana Division

## DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### I.     INTRODUCTION

Robin Elaine Mowbray, as debtor and debtor in possession in the above captioned chapter 11 case (the "Debtor"), has filed her Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA," and collectively with the "Schedules," the "Schedules and SOFA") in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

The Schedules and SOFA were prepared by the Debtor, with the assistance of her proposed general bankruptcy counsel, Elkins Kalt Weintraub Reuben Gartside LLP ("EK"). In preparing the Schedules and SOFA, EK has necessarily relied upon the statements and representations of the Debtor. In reviewing and signing the Schedules and SOFA, the Debtor has necessarily relied upon the efforts, statements and representations of EK.

The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment and may be appropriate. The Schedules and SOFA reflect the Debtor's reasonably best effort to report her assets, liabilities, and pre-petition transactions reflected in the SOFA. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from her books and records and other sources of information that were available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in changes to the Schedules and SOFA. As a result, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and SOFA as may be necessary and appropriate.

Nothing contained in the Schedules and SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to her Bankruptcy Case, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

This Disclaimer is incorporated by reference in, and constitutes an integral part of the Schedules and SOFA. This Disclaimer should be referred to and reviewed in connection with any review of the Schedules and SOFA.

### II.    GENERAL DISCLAIMERS

**Recharacterization.** Notwithstanding that the Debtor has made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items. As such, the

Debtor reserves all rights to re characterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as is necessary and appropriate.

**Liabilities.** The Debtor allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted by the Debtor and her advisors, the allocation of liabilities between the pre-petition and postpetition periods may change. The Debtor reserves all rights to modify, amend and supplement the Schedules and SOFA as is necessary and appropriate.

**Basis of Presentation**. The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). Unless otherwise stated in the Schedules or herein, asset value information in the Schedules reflects the Debtor's best estimate of such asset values as of February 18, 2025 (the "Petition Date") based on information in the Debtor's books and records or other available information. No independent valuation has been obtained or performed for purposes of preparing the Schedules. Moreover, due to, among other things, the current unknown value of certain assets, the nature of certain assets and liabilities, and the impact of future events, the Schedules do not constitute a conclusion by the Debtor that she was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

**Estimates**. The Debtor must make certain estimates and assumptions that affect the reported value of assets and amounts of liabilities. The Debtor reserves all rights to amend the reported value or amounts of assets and liabilities to reflect changes in those estimates and assumptions.

**Insiders**. In the circumstance where the Schedules and SOFA require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code. Persons identified as "insiders" have been included for information purposes only. The Debtor does not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Causes of Action**. The Debtor has done her best to identify causes of action (filed or potential) that she may have against third parties but has not discovered any. To the extent that the Debtor obtains additional information that necessitates listing additional potential causes of action, the Debtor will amend the Schedules as appropriate.

**General Disclaimers.** Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or ''unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or ''unliquidated." The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or ''unliquidated." The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

## III.    SPECIFIC SCHEDULES DISCLOSURES

(a)      Schedule A/B. The Debtor has scheduled amounts for assets that she owns. Unless otherwise noted, all of the amounts listed on Schedule A/B represent the estimated fair market value of the Debtor's assets, though the actual value of such assets may differ significantly from the amounts reflected in the Debtor's books and records.

(b)      Schedule D – Creditors Who Have Claims Secured by Property. The Debtor reserves her rights to dispute or challenge the validity, or perfection of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D or to seek to avoid any such lien. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

(c)      Schedule E/F.  The claims listed in Schedule E/F arose or were incurred on various dates.  A determination of each date upon which each claim in Schedule E/F was incurred or arose may be costly and unduly burdensome.  Accordingly, no incurrence date is shown where the cost or burden would be significant.  The claims listed on Schedule E/F are subject to further review, reconciliation and amendment by the Debtor. Schedule E/F does not include rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

**\*\*SCHEDULES AND SOFA BEGIN ON THE FOLLOWING PAGE\*\***

**Fill in this information to identify your case:**

Debtor 1    Robin          Elaine          Mowbray
            First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number    8:25-bk-10543-TA
            (If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................ | $ 286,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .......................................... | $ 232,225.61 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................ | $ 518,225.61 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 22,793,934.42 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ 9,721,135.00 |
| **Your total liabilities** | $ 32,515,069.42 |

### Part 3:    Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................................. | $ 15,744.73 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ............................................................. | $ 14,050.00 |

| Debtor 1 | Robin | Elaine | Mobray | | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 16,333.33

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Robin     Elaine     Mowbray |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 8:25-bk-10543-TA |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

**1.1**    34086 Avenue H
Street address, if available, or other description

Yucaipa     CA     92399
City     State     ZIP Code

San Bernardino
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 572,000.00

**Current value of the portion you own?** $ 286,000.00

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

Joint Tenancy w/ sibling

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2** _____
Street address, if available, or other description

_____

City     State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ _____

**Current value of the portion you own?** $ _____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

Debtor 1    Robin            Elaine        Marr
            First Name      Middle Name   Last Name                Case number (if known) 8:25-bk-10543-TA

---

1.3. _____
     Street address, if available, or other description

     _____

     _____

     _____
     City                State    ZIP Code

     _____
     County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................ ➔   $   286,000.00

---

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make:  Tesla

    Model:  Model X

    Year:  2022

    Approximate mileage: _____

    Other information:

    [                    ]

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$   40,000.00   $   40,000.00

---

If you own or have more than one, describe here:

3.2. Make: _____

    Model: _____

    Year: _____

    Approximate mileage: _____

    Other information:

    [                    ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

Debtor 1    Robin    Elaine    Martinez

First Name    Middle Name    Last Name

Case number *(if known)*    8:25-bk-10543-TA

---

| 3.3. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

| 3.4. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

| 4.1. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

If you own or have more than one, list here:

| 4.2. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.** Write that number here ................................................➔    $ 40,000.00

Debtor 1     Robin          Elaine        Mann         Case number *(if known)*    8:25-bk-10543-TA
               First Name    Middle Name   Last Name

---

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.........    Dinning room furniture, living room furniture, kitchen appliances, bedroom furniture     $ 1,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe..........   Flat Screen TVs ( 5 ) DVD Player, Stereo System, Laptop     $ 1,500.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe..........     $

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........     $

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........     $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..........   Everyday clothes as well as business casual clothes     $ 1,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe..........   Costume jewelry     $ 1,000.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........     $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. .............     $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................➔     $ 4,500.00

Debtor 1    Robin _____ Elaine _____ McGray _____

First Name    Middle Name    Last Name

Case number *(if known)*    8:25-bk-10543-TA

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ........................................................................................................    Cash: .................. $_____40.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Alta Vista Credit Union | $_____1,337.71 |
| 17.2. Checking account: | Banner Bank | $_____18,921.89 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | | $_____ |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................    Institution or issuer name:

$_____
$_____
$_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Mowbray Waterman Property LLC | 51 % | $ Unknown |
| Phoenix Traffic Management Inc | 100 % | $ Unknown |
| The Original Mowbray's Tree Service Inc | 100 % | $ Unknown |

UNKNOWN

Debtor 1    Robin                    Elaine              Mowbray                    Case number *(if known)*    8:25-bk-10543-TA
         First Name        Middle Name            Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☑ Yes. Give specific     Issuer name:
   information about
   them.....................     Promissory note from The Original Mowbray's Tree Service Inc                  $ ___Unknown___

                               (Debtor Case 8:24-bk-12674-TA) for $5,836,127.84 (for tax refund loaned)       $ _____

                               _____                       $ _____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each         Type of account:        Institution name:
   account separately.
                         401(k) or similar plan:  John Hancock                                                $ ___189,346.00___

                         Pension plan:            _____            $ _____

                         IRA:                     _____            $ _____

                         Retirement account:      _____            $ _____

                         Keogh:                   _____            $ _____

                         Additional account:      _____            $ _____

                         Additional account:      _____            $ _____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.....................     Institution name or individual:

                         Electric:                _____            $ _____

                         Gas:                     _____            $ _____

                         Heating oil:             _____            $ _____

                         Security deposit on rental unit: _____           $ _____

                         Prepaid rent:            _____            $ _____

                         Telephone:               _____            $ _____

                         Water:                   _____            $ _____

                         Rented furniture:        _____            $ _____

                         Other:                   _____            $ _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................     Issuer name and description:

                         _____                            $ _____

                         _____                            $ _____

                         _____                            $ _____

Debtor 1    Robin                    Elaine                 Mowbray          Case number *(if known)*    8:25-10543-TA
            First Name              Middle Name            Last Name

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................................  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                                                                      $_____

     $_____

     $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them... | Trustee and secondary beneficiary of Gloria Mowbray Separate Property Trust (Special Needs Trust for John Mowbray).

unknown negative equity due to tax balance with IRS for ~$8MM + interests and penalties

$_____

**The Trust holds 2 residential properties (and 2 more in the process of being added to the Trust and 49% of Mowbray Waterman Pprty LLC**

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....

$_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:    $_____
State:      $_____
Local:      $_____

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information.............

Alimony:             $_____
Maintenance:         $_____
Support:             $_____
Divorce settlement:  $_____
Property settlement: $_____

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information.............

$_____

Debtor 1    Robin _____ Elaine _____ Mowbray _____    Case number (if known) 8:25-bk-10543-TA
　　　　　First Name　　　Middle Name　　　Last Name

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| New York Life (Robin Life Insurance) | Isaac & Noah Mowbray | $ 0.00 |
| | | $ |
| | | $ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☐ Yes. Give specific information..............    $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim. ...................    $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ...................    $ _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information............    $ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................  →  $ 187,725.60

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.......    $ _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.......    $ _____

Debtor 1    Robin _____ Elaine _____ Morrow _____    Case number _(if known)_ 8:25-bk-10543-TA
            First Name   Middle Name   Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe....... [                                              ] $_____

41. **Inventory**

☑ No

☐ Yes. Describe....... [                                              ] $_____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......    Name of entity:                          % of ownership:

_____    _____%    $_____
_____    _____%    $_____
_____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  ☐ No

  ☐ Yes. Describe....... [                                    ] $_____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific   _____    $_____
information .........    _____    $_____
                        _____    $_____
                        _____    $_____
                        _____    $_____
                        _____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ......................................................................→    $_____0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**

_Examples_: Livestock, poultry, farm-raised fish

☑ No

☐ Yes ....................... [                                      ] $_____

Debtor 1   Robin _____ Elaine _____ McVay _____   Case number *(if known)* 8:25-bk-10543-TA
          First Name    Middle Name    Last Name

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
   information. ............ ⟦_____⟧   $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes .................... ⟦_____⟧   $_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes .................... ⟦_____⟧   $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
   information. ............ ⟦_____⟧   $_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........................................................➔   $_____0.00

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---------|---|

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
   information. ............   $_____
                            $_____
                            $_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .........................➔   $_____

---

| Part 8: | List the Totals of Each Part of this Form |
|---------|---|

**55. Part 1: Total real estate, line 2** ...................................................................➔   $    286,000.00

**56. Part 2: Total vehicles, line 5**   $    40,000.00

**57. Part 3: Total personal and household items, line 15**   $    4,500.00

**58. Part 4: Total financial assets, line 36**   $    187,725.60

**59. Part 5: Total business-related property, line 45**   $_____

**60. Part 6: Total farm- and fishing-related property, line 52**   $_____

**61. Part 7: Total other property not listed, line 54**   + $_____

**62. Total personal property.** Add lines 56 through 61. ....................   $    232,225.60   Copy personal property total ➔ + $    232,225.60

**63. Total of all property on Schedule A/B.** Add line 55 + line 62 ...........................................   $    518,225.60

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robin | Elaine | Mowbray |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number    8:25-bk-10543- TA
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <u>34086 Ave H.Yucaip</u><br>Line from *Schedule A/B*: <u>1.1</u> | $ <u>286,000.00</u> | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description: <u>Tesla</u><br>Line from *Schedule A/B*: <u>3.1</u> | $ <u>40,000.00</u> | ☑ $ <u>7,500.00</u><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Brief description: <u>Household goods</u><br>Line from *Schedule A/B*: <u>6</u> | $ <u>1,000.00</u> | ☑ $ <u>1,000.00</u><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☐ No
   - ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☑ No
     - ☐ Yes

Debtor 1    Robin                Elaine            Mowbray
            First Name    Middle Name      Last Name              Case number (if known) _____

| **Part 2:** | **Additional Page** | | | |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $ 1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Clothing<br>Line from *Schedule A/B*: 11 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Costume jewelry<br>Line from *Schedule A/B*: 12 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Deposits of money<br>Line from *Schedule A/B*: 17 | $ 21,880.00 | ☑ $ 21,880.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Brief description: Retirement Account<br>Line from *Schedule A/B*: | $ 189,346.00 | ☑ $ 189,346.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robin | Elaine | Mowbray |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(If known)    8:25-bk-10543-TA

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Banner Bank HELOC
Creditor's Name
368 East Vanderbilt  Way
Number        Street

San Bernardino,    CA  90240
City            State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  09/30/2024

**Describe the property that secures the claim:**

| 34086 Avenue H, Yucaipa, CA 92399 |
|---|

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  HELOC

Last 4 digits of account number   1   1   4   5

Column A: $_____ 0.00    Column B: $_____    Column C: $_____

**2.2** Gloria Mowbray Property Trust
Creditor's Name
960 Sunset Hill Ln.
Number        Street

Redlands        CA  92373
City            State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  _____

**Describe the property that secures the claim:**

| Loan for stock purchase secured by stock in The Original Mowbrays Tree Srvc, Inc. |
|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Last 4 digits of account number   ___  ___  ___  ___

Column A: $ 22,793,934.42    Column B: $ Unknown    Column C: $_____

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $ 22,793,934.42

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor 1 | Robin | Elaine | Mowbray | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Case number *(if known)*  8:25-bk-10543-TA

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.3** JPMorgan Chase Bank N.A.

Creditor's Name

P.O. BOX 6026

Number    Street

IL1-1145

CHICAGO, IL 606

City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    Unknown

**Describe the property that secures the claim:**    $ Unknown    $ Unknown

All Accounts, Chattel Paper, Deposit Accounts and other payment obligations of a financial institution (including the Secured Party), Documents, Equipment, General Intangibles, Instruments, Inventory, Investment Property and Letter of Credit Rights of Debtor, now owned or in which the Debtor has rights or hereafter acquired, together with all books and other records of Debtor relating to the Collateral and all cash and noncash Proceeds (as such terms are defined in the UCC and as such terms may be further defined in a security agreement or other agreement between Debtor and Secured Party),

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)    Unknown

Last 4 digits of account number    Unknown

---

Creditor's Name

Number    Street

City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number    Street

City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $ 22,793,934.42

**Fill in this information to identify your case:**

Debtor 1 ___Robin__Elaine__Mowbray_____
         First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number  __8:25-bk-10543-TA_____
(if known)

☐ Check if this is an
  amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | Internal Revenue Service | Last 4 digits of account number ___ ___ ___ ___ | $ 0 | $ | $ |

Priority Creditor's Name
P.O. Box 7346
Number          Street

When was the debt incurred?  _____

Philadelphia, PA 19101-7346
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify ___For Notice Purposes Only___

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.2 | San Bernardino Tax Collector | Last 4 digits of account number ___ ___ ___ ___ | $ 0 | $ | $ |

Priority Creditor's Name
268 W. Hospitality Lane, 1st Floor
Number          Street

When was the debt incurred?  _____

San Bernardino, CA 92415
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify ___For Notice Purposes Only___

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor 1 | _____ _____ _____ | Case number *(if known)* 8:25-bk-10543-TA |
|---|---|---|
| | First Name    Middle Name    Last Name | |

<div style="background:black; color:white;">

**Part 2:**    List All of Your **NONPRIORITY** Unsecured Claims
</div>

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ **No.** You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ **Yes**

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**   Acrisure SouthWest Region

Nonpriority Creditor's Name

27174 Newport Rd. Ste 3

Number     Street

Menifee, CA 92584
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _For Notice Purposes Only_

$ **0**

---

**4.2**   American Express 7004 (Personal)

Nonpriority Creditor's Name

PO Box 96001

Number     Street

Los Angeles, CA 90096
City          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _7_ _0_ _0_ _4_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Credit Card_

$ **23,923.00**

---

**4.3**   American Express Business CC

Nonpriority Creditor's Name

PO Box 96001

Number     Street

Los Angeles, CA 90096
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _For Notice Purposes Only_
Possible guarantee on Mowbray Tree Service, Inc Card

$ **0**

---

Debtor 1    Robin Elaine Mowbray

First Name    Middle Name    Last Name

Case number *(if known)*    8:25-bk-10543-TA

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.4**

Antonio Mariano

Nonpriority Creditor's Name

606 W RAMONA DR.

Number    Street

Rialto, CA 92376

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify For Notice Purposes Only

$ 0

---

**4.5**

Bank of the Sierra

Nonpriority Creditor's Name

PO Box 1930

Number    Street

Portervilla, CA 93258

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** 2 0 0 1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Guaranty of Secured Loan to Mowbray Waterman Property, LLC for 686 E Mill St San Bernardino CA 92408

$ 2,626,470.30

---

**4.6**

Best Buy

Nonpriority Creditor's Name

PO Box 790441

Number    Street

St, Louis, MO 63179

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** 0 6 7 2

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card

$ 173.34

Debtor 1 _____ Robin Elaine Mowbray _____
First Name    Middle Name    Last Name

Case number *(if known)* _8:25-bk-10543-TA_

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.7**

CKB Vienna LLP
Nonpriority Creditor's Name

9531 Pittsburgh Ave
Number    Street
Rancho Cucamonga, CA 91730
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _For Notice Purposes Only_

$ **0**

---

**4.8**

City of Redlands
Nonpriority Creditor's Name

PO Box 6903
Number    Street
Redlands, CA 92375
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** 8 3 0 2

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _For Notice Purposes Only_

$ **0**

---

**4.9**

Concura Credit
Nonpriority Creditor's Name

P.O. Box 96541
Number    Street
Charlotte, NE 28296
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Credit Card_

$ **7,650.00**

---

Debtor 1    Robin Elaine McWhey

First Name    Middle Name    Last Name

Case number (if known)    8:25-bk-10543-TA

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 5.0

Capital One (Personal)

Nonpriority Creditor's Name

P.O. Box 60519

Number      Street

City of Industry, CA 91716

City                State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card

$ **5,223.15**

### 5.1

Elkins, Kalt, Weintraub, Reuben, Gartside LLP

Nonpriority Creditor's Name

10345 W. Olympic Blvd.

Number      Street

Los Angeles, CA 90064

City                State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Insolvency Attorney/For Notice Purposes Only

$ **0**

### 5.2

Fullerton, Leemann, Schaefeer & Dominick

Nonpriority Creditor's Name

P.O. Box 1271

Number      Street

San Bernardino, CA 92402

City                State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  General Counsel/For Notice Purposes Only

$ **0**

Debtor 1    Robin Elaine Mowbray

First Name    Middle Name    Last Name

Case number *(if known)*    8:25-bk-10543-TA

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**5.3**

Gloria Mowbray Separate Prop Trust

Nonpriority Creditor's Name

960 Sunset Hill Ln.

Number    Street

Redlands, CA 92373

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  For Notice Purposes Only

$ **0**

---

**5.4**

Lane Bryant (Personal)

Nonpriority Creditor's Name

P.O. Box 650972

Number    Street

Dallas, TX 75265

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$ **697.87**

---

**5.5**

Macy's American Express

Nonpriority Creditor's Name

P.O. Box 96001

Number    Street

Los Angeles, CA 90096

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card

$ **1,903.36**

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**5.6**

Mowbray Waterman Property, LLC
Nonpriority Creditor's Name

686 E. Mill Street, 2nd Floor
Number        Street

San Bernardino, CA 92408
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify For Notice Purposes Only

$ 0

---

**5.7**

Moreno Beach Pool
Nonpriority Creditor's Name

P.O. Box 303
Number        Street

Moreno Valley, CA 92556
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Residential Pool Maintenance/For Notice Purposes Only

$ 0

---

**5.8**

New York Life
Nonpriority Creditor's Name

P.O. Box 6916
Number        Street

Cleveland, OH 44202
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Life Insurance/Notice Purposes Only

$ 0

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**5.9**

PNC Bank, N.A.
Nonpriority Creditor's Name
P.O. Box 747046
Number    Street
Pittsburgh, PA 5274-7046
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify_Personal Guarantee for Original Mowbray's Tree Service Line of Credit_

$ **7,038,514.00**

---

**6.0**

PNC Visa
Nonpriority Creditor's Name
P.O. Box 828702
Number    Street
Philadelphia, CA 19182-8702
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** 1  1  7  5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify_For Notice Purposes Only_
  Possible Guarantor on Credit Card ending 1175 for MTS

$ **0**

---

**6.1**

Planet Fitness
Nonpriority Creditor's Name
2446 S Vineyard Ave.
Number    Street
Ontario, CA 591761
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify_For Notice Purposes Only_

$ **0**

---

Debtor 1 _____    Case number _____
First Name    Middle Name    Last Name    (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**6.2**

Planet Fitness
_____
Nonpriority Creditor's Name

1670 E. 4th St.
_____
Number    Street

Ontario, CA 91764
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  For Notice Purposes Only

$ __0__

---

**6.3**

Ronnie D. Jordan
_____
Nonpriority Creditor's Name

2331 West Lincoln Avenue
_____
Number    Street

Anaheim, CA 92801
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Lawsuit/Wrongful Termination/ CIVSB2201281

$ __Unknown__

---

**6.4**

Saks First
_____
Nonpriority Creditor's Name

PO Box 182436
_____
Number    Street

Columbus, OH 43218
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _6_ _8_ _5_ _6_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$ __2,827.04__

---

Debtor 1 _____   Case number *(if known)* _____8:25-bk-10543-TA_____
First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**6.5**

Southern California Edison
Nonpriority Creditor's Name

P.O. Box 828702
Number        Street

Rosemead, CA 91771
City                State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**  6 _ 0 _ 4 _ 6

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  For Notice Purposes Only

$ 0

---

**6.6**

SoCalGas
Nonpriority Creditor's Name

P.O. Box C
Number        Street

Monterey Park, CA 91756
City                State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**  8 _ 3 _ 4 _ 5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  For Notice Purposes Only

$ 0

---

**6.7**

Soren McAdam LLP
Nonpriority Creditor's Name

2068 Orange Tree Ln #100
Number        Street

Redlands, CA 92374
City                State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  CPA Firm/For Notice Purposes Only

$ 0

| Debtor 1 | Robin Elaine Mowbray | | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                **Total claim**

---

**6.8**

Synchrony Bank (Personal)
Nonpriority Creditor's Name

P.O. Box 71724
Number        Street

Philadelphia, PA 19176
City                    State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify_Credit Card_____

$ **4,582.40**

---

**6.9**

Target (Personal)
Nonpriority Creditor's Name

P.O. Box 71724
Number        Street

Philadelphia, PA 19176
City                    State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _1_ _6_ _0_ _8_

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify_Credit Card_____

$ **6,011.37**

---

**7.0**

The Original Mowbray's Tree Service, Inc.,
Nonpriority Creditor's Name

271 California Ave. Suite 270
Number        Street

Irvine, CA 92617
City                    State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify_For Notice Purposes Only_

$ **0**

---

Debtor 1 _____
First Name    Middle Name    Last Name

Case number *(if known)* ___8:25-bk-10543-TA___

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**7.1**

Visa Platinum 0164 (Personal)
_____
Nonpriority Creditor's Name

1425 Lugonia Ave
_____
Number    Street

Redlands, CA 92374
_____
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify___Credit Card___

$ **3,159.14**

---

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ _____

---

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ _____

Debtor 1 _____    Case number _(if known)_ _____8:25-bk-10543-TA_____
First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 9,721,135.00 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 9,721,135.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Robin | Elaine | Mowbray |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(If known)    8:25-bk-10543-TA

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Gloria Mowbray Separate Prop Trust<br>Name<br>960 Sunset Hill Ln.<br>Number        Street<br>Redlands            CA        92373<br>City            State        ZIP Code | Residential Lease |
| 2.2 | Mowbray Waterman Property, LLC<br>Name<br>686 E. Mill Street, 2nd Floor<br>Number        Street<br>San Bernardino    CA        92408<br>City            State        ZIP Code | Management Agreement |
| 2.3 | New York Life<br>Name<br>P.O. Box 6916<br>Number        Street<br>Cleveland            OH        44202<br>City            State        ZIP Code | Life Insurance on Robin Mowbray |
| 2.4 | Name<br>Number        Street<br>City            State        ZIP Code | |
| 2.5 | Name<br>Number        Street<br>City            State        ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robin | Elaine | Mowbray |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(if known)    8:25-bk-10543-TA

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                        State                ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** Randal Mowbray<br>Name<br>34086 Avenue H<br>Number    Street<br>Yucaipa            CA            92399<br>City                State            ZIP Code | ☑ Schedule D, line 2.1<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** Mowbray Waterman Property, LLC<br>Name<br>686 E. Mill Street, 2nd Floor<br>Number        Street<br>San Bernardino        CA        92408<br>City                State            ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.4<br>☐ Schedule G, line _____ |
| **3.3** The Original Mowbray's Tree Service, Inc., Brian Weiss, CRO<br>Name<br>c/o Force Ten Partners, LLC,5271 California Ave. Suite 270<br>Number    Street<br>Irvine,            CA            92617<br>City                State            ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.4<br>☐ Schedule G, line _____ |

Debtor 1    Robin          Elaine        Mowbray
           First Name      Middle Name   Last Name

Case number (if known)    8:25-bk-10543-TA

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.__**

The Original Mowbray's Tree Service, Inc., Brian Weiss, CRO
Name

c/o Force Ten Partners, LLC,5271 California Ave. Suite 270
Number    Street

Irvine                          CA              92617
City                            State           ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 5.3
- ☐ Schedule G, line _____

**3.__**

Mowbray Waterman Property, LLC
Name

686 E. Mill Street, 2nd Floor
Number    Street

San Bernardino          CA              92408
City                    State           ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 5.3
- ☐ Schedule G, line _____

**3.__**

Name

Number    Street

City                    State           ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name

Number    Street

City                    State           ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name

Number    Street

City                    State           ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name

Number    Street

City                    State           ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name

Number    Street

City                    State           ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name

Number    Street

City                    State           ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robin | Elaine | Mowbray |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number (If known) 8:25-bk-10543-TA

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Owner/Chairwoman and Secr. | |
| **Employer's name** | Original Mowbray's Tree Srv, Inc. | |
| **Employer's address** | 686 E. Mill Street<br>Number   Street<br>2nd Floor | Number   Street |
| | SanBernardino  CA    92415<br>City          State   ZIP Code | City          State   ZIP Code |
| **How long employed there?** | 30 years | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $   8,333.17 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. +$   0.00 | +$_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $   8,333.17 | $_____ |

Debtor 1 _____Robin_____Elaine_____Mowbray_____    Case number (if known)___8:25-bk-10543-TA___

First Name    Middle Name    Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here.......................................................➔ 4.    $ 8,333.17    $_____

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 476.92 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 111.52 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $_____ |
| 5e. Insurance | 5e. | $ 0.00 | $_____ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $_____ |
| 5g. Union dues | 5g. | $ 0.00 | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $ 588.44    $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 7,744.73    $_____

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $_____ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $_____ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $_____ |
| 8e. Social Security | 8e. | $ 0.00 | $_____ |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $_____ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $_____ |
| 8h. Other monthly income. Specify: Management Agreement | 8h. | + $ 8,000.00 | + $_____ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 8,000.00    $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 15,744.73    +    $_____    =    $_____

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2–10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    $ 15,744.73

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: [_____]

**Fill in this information to identify your case:**

Debtor 1    Robin          Elaine          Mowbray
            First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number    8:25-bk-10543-TA
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☑ No
   ☐ Yes. Fill out this information for
      each dependent.........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**

   ☐ No
   ☑ Yes   (Grown children live at home and cover other regular expenses not listed herein)

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $              3,900.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $              0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $              340.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $              750.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $              0.00 |

| Debtor 1 | Robin | Elaine | Mowbray | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 1,000.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 1,000.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 0.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,760.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 0.00 |
| 10. | **Personal care products and services** | 10. | $ 760.00 |
| 11. | **Medical and dental expenses** | 11. | $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 70.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 70.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 0.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify: Legal Expenses | 17d. | $ 4,000.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 300.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1   Robin          Elaine          Mowbray            Case number *(if known)*  8:25-bk-10543-TA
          First Name      Middle Name     Last Name

21.  **Other.** Specify: _____   21.  +$            0.00

22.  **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                              22a.  $        14,050.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $             0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.   22c.  $        14,050.00

23.  **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a.  $        14,744.73

   23b. Copy your monthly expenses from line 22c above.     23b.  −$        14,050.00

   23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*             23c.  $           694.73

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.     Explain here:

**Fill in this information to identify your case:**

Debtor 1    Robin        Elaine        Mowbray
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Central District of California

Case number    8:25-bk-10543-TA
(if known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
   | 960 Sunset Hill Ln. | From  2020 | | From |
   | Number   Street | To  Current | Number   Street | To |
   | Redlands        CA   92373 | | | |
   | City        State  ZIP Code | | City        State  ZIP Code | |
   | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
   | | From | | From |
   | Number   Street | To | Number   Street | To |
   | | | | |
   | City        State  ZIP Code | | City        State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

| Debtor 1 | Robin | Elaine | Mowbray | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $ 13,461.28 (1923.04 x 7 weeks) | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ |
| **For last calendar year:** (January 1 to December 31, 2024) YYYY | | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $ 100,498.47 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ |
| **For the calendar year before that:** (January 1 to December 31, 2023) YYYY | | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 1,398,692.83 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Mngment Agrmt w/ Mobrays Wtr ✚ Property, LLC | $ 36,000.00 $ $ | | $ $ $ |
| **For last calendar year:** (January 1 to December 31, 2024) YYYY | Gloria Life Insr. Gloria 401K/IRA | $ 9,600.00 $ 41,001.87 $ | | $ $ $ |
| **For the calendar year before that:** (January 1 to December 31, 2023) YYYY | N/A | $ $ $ | | $ $ $ |

| Debtor 1 | Robin | Elaine | Mowbray | | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Gloria Mowbray Sep.Trust** <br> Creditor's Name <br><br> **960 Sunset Hill Ln.** <br> Number   Street <br><br><br> **Redlands      CA    92373** <br> City          State        ZIP Code | _____ <br><br> _____ <br><br> _____ | $ 6,300.00 <br> ($900 weekly since 1/1/ 2025) | $ 0.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Rent** |
| **Elkins Kalt Weintraub Reuben Gartside LLP** <br> Creditor's Name <br><br> **10345 W. Olympic Boulevard** <br> Number   Street <br><br><br> **Los Angeles      CA        90064** <br> City          State        ZIP Code | 12/2024-2/2025 <br><br> _____ <br><br> _____ | $ 52,127.00 | $ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **legal srvs** |
| _____ <br> Creditor's Name <br><br> _____ <br> Number   Street <br><br><br> _____ <br> City          State        ZIP Code | _____ <br><br> _____ | $ | $ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

---

| Debtor 1 | Robin | Elaine | Mowbray | | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Gloria Mowbray Separate Trust | | $ 6,300.00 | $ 0.00 | Weekly rent of $900 a week starting January 2025. |
| Insider's Name | | | | |
| 960 Sunset Hill Ln. | | | | |
| Number   Street | | | | |
| | | | | |
| Redlands              CA    92373 | | | | |
| City              State    ZIP Code | | | | |
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| | | | | |
| City              State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☐ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment  Include creditor's name |
|---|---|---|---|---|
| Randal Mowbray | 12/12/2024 | $ 3,461.82 | $ | San Bernardino Tax Collector Property tax (on co-owned house ) Yucaipa Property |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| | | | | |
| City              State    ZIP Code | | | | |
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| | | | | |
| City              State    ZIP Code | | | | |

| Debtor 1 | Robin | Elaine | Mowbray | | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Ronnie Jordan vs.**<br><br>**Mowbray's Tree Service et. al**<br><br>Case number **CIVSB2201281** | Wrongful Termination | **San Bernardino**<br>Court Name<br>**247 West Third Street, Dept. S32**<br>Number    Street<br>**San Bernardino    CA    92415**<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title _____<br><br>_____<br><br>Case number _____ | | Court Name<br><br>Number    Street<br><br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code | | _____ | $_____ |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code | | _____ | $_____ |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

| Debtor 1 | Robin | Elaine | Mowbray | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | $ |
| Number    Street | | | |
| City                State    ZIP Code | Last 4 digits of account number: XXXX–___  ___  ___  ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| — | | | |
| Number    Street | | | $ |
| City                State    ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | |
| Number    Street | | | $ |
| City                State    ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Debtor 1 | Robin | Elaine | Mowbray | Case number (if known) | 8:25-bk-10543-TA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| The Rock Church and World<br>Charity's Name<br><br><br>2345 S. Waterman Ave<br>Number     Street<br><br>San Bernardino   CA    92408<br>City          State          ZIP Code | Church donations.<br>$100 cash per visit (2-3 times per month). | _____<br><br>_____ | $__Unknown____<br><br>$_____ |

---

**Part 6:    List Certain Losses**

---

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

---

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br><br>Number     Street<br><br><br>City          State      ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | | _____<br><br>_____ | $_____<br><br>$_____ |

| Debtor 1 | Robin | Elaine | Mowbray | | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| | | | |
| City          State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| | | | |
| City          State    ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| The Original Mowbray's Tree<br>Person Who Received Transfer<br>Service Inc.<br>Number    Street<br><br>City          State    ZIP Code<br>Person's relationship to you | $3,967,245.84 | Robin's tax refund from IRS was deposited into MTS operating account to help with cash issues. This is a loan to MTS, but it was not formalized. | 08/23/2023 |
| The Original Mowbray's Tree<br>Person Who Received Transfer<br>Service Inc.<br>Number    Street<br><br>City          State    ZIP Code<br>Person's relationship to you | $1,868,882.00 | Robins state tax refund was deposited into MTS operating account to help with cash issues.This is a loan to MTS, but it was not formalized. | 05/31/2023 |

| Debtor 1 | Robin | Elaine | Mowbray | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____<br>Number  Street _____<br>_____<br>City        State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br>Number  Street _____<br>_____<br>City        State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br>Number  Street _____<br>_____<br>City        State    ZIP Code | Name _____<br>Number  Street _____<br>_____<br>City      State     ZIP Code | | ☐ No<br>☐ Yes |

| Debtor 1 | Robin | Elaine | Mowbray | Case number *(if known)* | 8:25-bk-10543-TA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| Number    Street | Number    Street | | |
| City          State      ZIP Code | City State  ZIP Code | | |

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number    Street | Number    Street | | |
| City          State      ZIP Code | City              State    ZIP Code | | |

---

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City          State      ZIP Code | City          State    ZIP Code | | |

---

Debtor 1    Robin          Elaine          Mowbray                          Case number (if known)    8:25-bk-10543-TA
          First Name      Middle Name     Last Name

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number    Street | | ☐ On appeal |
| Case number | City          State    ZIP Code | | ☐ Concluded |

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| The Original Mowbray's Tree Business Name | Vegetation Management, 100% Owner | EIN: 7 1 – 0 8 7 3 0 4 1 |
| Service Inc. Number    Street | | |
| 686 E Mill St. | Name of accountant or bookkeeper | Dates business existed |
| San Bernardino   CA    92408 City          State    ZIP Code | Soren McAdam LLP | From _____ To _____ |
| Phoenix Traffic Management Business Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| Inc. Number    Street | Traffic Management, 100% Owner | EIN: 8 6 – 3 0 5 5 2 6 1 |
| 686 E Mill St. | Name of accountant or bookkeeper | Dates business existed |
| San Bernardino   CA    92408 City          State    ZIP Code | Soren McAdam LLP | From _____ To _____ |

Debtor 1   Robin     Elaine     Mowbray
           First Name   Middle Name   Last Name

Case number (if known)   8:25-bk-10543-TA

---

**Mowbray Waterman Property**
Business Name

**LLC**
Number   Street

**686 E. Mill St.**

**San Bernardino   CA   92408**
City                State   ZIP Code

**Describe the nature of the business**

Real State Rentals Commercial Prop.

**Name of accountant or bookkeeper**

Soren McAdam LLP

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN:  8  2 – 2  4  2  6  2  2  9

**Dates business existed**

From _____ To _____

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes. Fill in the details below.

PNC Bank, N.A
Commercial Lending Operations
P.O. Box 747046
Pittsburgh, PA 15274-7046

**Date issued**

_Unknown_____
MM / DD / YYYY

Bank of the Sierra
Elliott Miller
PO Box 1930
Portervilla, CA 93258

Unknown

---

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Robin E. Mowbray_____

Signature of Debtor 1

Date  03/05/2025

✗ _____

Signature of Debtor 2

Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robin | Elaine | Mowbray |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Central District of California

Case number  8:25-bk-10543-TA
(If known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income
12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **Calculate Your Current Monthly Income** |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 8,333.33 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | $ | | |
| Ordinary and necessary operating expenses | − $ | − $ | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ | Copy here ➔ | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | $ | | |
| Ordinary and necessary operating expenses | − $ | − $ | | |
| Net monthly income from rental or other real property | $ 0.00 | $ | Copy here ➔ | $ 0.00 | $ |

| Debtor 1 | Robin | Elaine | Mowbray | | Case number (if known) | 8:25-bk-10543-TA |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:.............................. ↓

| For you ........................................................... | $ |
|---|---|
| For your spouse.............................................. | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00          $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| Management Agrmt w/ MWP LLC | $ 8,000.00 | $ |
|---|---|---|
| | $ 0.00 | $ |

| Total amounts from separate pages, if any. | + $ 0.00 | + $ |
|---|---|---|

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 16,333.33   +   $ 0.00   =   $ 16,333.33

Total current monthly income

---

| Part 2: | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ _Robin E. Mowbray_                    ✗ _____

Signature of Debtor 1                          Signature of Debtor 2

Date 03/05/2025                          Date _____
    MM / DD  / YYYY                              MM / DD  / YYYY

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br><br>ROYE ZUR, State Bar No. 273875<br>  rzur@elkinskalt.com<br><br>LAUREN N. GANS, State Bar No. 247542<br>  lgans@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Robin Mowbray | CASE NO.:   8:25-bk-10543-TA |
|---|---|
| | CHAPTER:  11 |
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF<br>THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☐  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☒  **I was paid by an employer**.  Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period.  (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/05/2025      _Robin E Mowbray_      _Robin E. Mowbray_
                       Printed name of Debtor 1      Signature of Debtor 1

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 1      F 1002-1.EMP.INCOME.DEC

# Earnings Statement

MOWBRAY, ROBIN E

Company: 0TX10 - ORIGINAL MOWBRAYS TREE
SERVICE INC

| | | | |
|---|---|---|---|
| Pay Date: | 02/14/2025 | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. | Emp #: 1013 |
| Period Start: | 02/02/2025 | 686 E MILL ST 2ND FLOOR | Dept: 000003 - Admin |
| Period End: | 02/08/2025 | SAN BERNARDINO  CA  92408    (909) 569-2654 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 48.08 | 40.00 | 1923.04 | 12692.06 |
| Holiday | 48.08 | 0.00 | 0.00 | 769.22 |
| **Gross** | | **40.00** | **1923.04** | **13461.28** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 123.51 | 864.57 |
| Medicare | | | 27.89 | 195.19 |
| Social Security | | | 119.23 | 834.60 |
| California State W/H(M/3) | | | 43.22 | 302.54 |
| CaliforniaSDI Tax | | | 23.08 | 161.54 |
| **Deductions** | | | | |
| CELL PHONE | | | 0.00 | -20.00 |
| **Net Pay** | | | **1586.11** | **11122.84** |

Voucher No.  41056DD

| Net Pay Distribution | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 686.11 | 4822.84 |
| Direct Dep. Distribution 1 | 900.00 | 6300.00 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 0.00 | 80.00 | 0.00 | 80.00 |
| Vacation Hours | 2.31 | 168.51 | 0.00 | 168.51 |

---

Voucher No.  41056DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor                    DATE: 02/14/2025

Dept: 000003

## Net Pay:                                                 1586.11

One Thousand Five Hundred Eighty Six And 11/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE                    **For Record Purposes Only**
REDLANDS, CA  92373                    **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

MOWBRAY, ROBIN E

Company: 0TX10 - ORIGINAL MOWBRAYS TREE
SERVICE INC

| | | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. | | Emp #: 1013 |
|---|---|---|---|---|
| Pay Date: | 02/07/2025 | 686 E MILL ST 2ND FLOOR | | Dept: 000003 - Admin |
| Period Start: | 01/26/2025 | SAN BERNARDINO  CA  92408    (909) 569-2654 | | Pay Basis: Salary |
| Period End: | 02/01/2025 | | | |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 48.08 | 40.00 | 1923.04 | 10769.02 |
| Holiday | 48.08 | 0.00 | 0.00 | 769.22 |
| **Gross** | | **40.00** | **1923.04** | **11538.24** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 123.51 | 741.06 |
| Medicare | | | 27.88 | 167.30 |
| Social Security | | | 119.23 | 715.37 |
| California State W/H(M/3) | | | 43.22 | 259.32 |
| CaliforniaSDI Tax | | | 23.08 | 138.46 |
| **Deductions** | | | | |
| CELL PHONE | | | -10.00 | -20.00 |
| **Net Pay** | | | **1596.12** | **9536.73** |

Voucher No.  40970DD

| Net Pay Distribution | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 696.12 | 4136.73 |
| Direct Dep. Distribution 1 | 900.00 | 5400.00 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 0.00 | 80.00 | 0.00 | 80.00 |
| Vacation Hours | 2.31 | 166.20 | 0.00 | 166.20 |

---

Voucher No.  40970DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor                    DATE: 02/07/2025

Dept: 000003

# Net Pay:                                                           1596.12

One Thousand Five Hundred Ninety Six And 12/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE                   **For Record Purposes Only**
REDLANDS, CA  92373                    **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**MOWBRAY, ROBIN E**

Company: 0TX10 - ORIGINAL MOWBRAYS TREE SERVICE INC

| | | | |
|---|---|---|---|
| Pay Date: | 01/31/2025 | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. | Emp #: 1013 |
| Period Start: | 01/19/2025 | 686 E MILL ST 2ND FLOOR | Dept: 000003 - Admin |
| Period End: | 01/25/2025 | SAN BERNARDINO  CA  92408    (909) 569-2654 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 48.08 | 40.00 | 1923.04 | 8845.98 |
| Holiday | 48.08 | 0.00 | 0.00 | 769.22 |
| **Gross** | | **40.00** | **1923.04** | **9615.20** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 123.51 | 617.55 |
| Medicare | | | 27.88 | 139.42 |
| Social Security | | | 119.23 | 596.14 |
| California State W/H(M/3) | | | 43.22 | 216.10 |
| CaliforniaSDI Tax | | | 23.07 | 115.38 |
| **Deductions** | | | | |
| CELL PHONE | | | 0.00 | -10.00 |
| **Net Pay** | | | **1586.13** | **7940.61** |

Voucher No.  40877DD

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 686.13 | 3440.61 |
| Direct Dep. Distribution 1 | 900.00 | 4500.00 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 0.00 | 80.00 | 0.00 | 80.00 |
| Vacation Hours | 2.31 | 163.89 | 0.00 | 163.89 |

---

Voucher No.  40877DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor

DATE: 01/31/2025

Dept: 000003

**Net Pay:**                                                **1586.13**

One Thousand Five Hundred Eighty Six And 13/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE
REDLANDS, CA  92373

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

MOWBRAY, ROBIN E

Company: 0TX10 - ORIGINAL MOWBRAYS TREE SERVICE INC

| | | |
|---|---|---|
| Pay Date: | 01/24/2025 | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. |
| Period Start: | 01/12/2025 | 686 E MILL ST 2ND FLOOR |
| Period End: | 01/18/2025 | SAN BERNARDINO  CA  92408    (909) 569-2654 |

Emp #: 1013
Dept: 000003 - Admin
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 48.08 | 40.00 | 1923.04 | 6922.94 |
| Holiday | 48.08 | 0.00 | 0.00 | 769.22 |
| **Gross** | | **40.00** | **1923.04** | **7692.16** |

| W/H Taxes | | | Current Period | Year To Date |
|---|---|---|---|---|
| Federal W/H(M) | | | 123.51 | 494.04 |
| Medicare | | | 27.89 | 111.54 |
| Social Security | | | 119.22 | 476.91 |
| California State W/H(M/3) | | | 43.22 | 172.88 |
| CaliforniaSDI Tax | | | 23.08 | 92.31 |

| Deductions | | | | |
|---|---|---|---|---|
| CELL PHONE | | | 0.00 | -10.00 |
| **Net Pay** | | | **1586.12** | **6354.48** |

Voucher No.  40794DD

| Net Pay Distribution | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 686.12 | 2754.48 |
| Direct Dep. Distribution 1 | 900.00 | 3600.00 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 0.00 | 80.00 | 0.00 | 80.00 |
| Vacation Hours | 2.31 | 161.58 | 0.00 | 161.58 |

---

Voucher No.  40794DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor

DATE: 01/24/2025

Dept: 000003

## Net Pay:                                        1586.12

One Thousand Five Hundred Eighty Six And 12/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE
REDLANDS, CA  92373

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

MOWBRAY, ROBIN E

Company: 0TX10 - ORIGINAL MOWBRAYS TREE
SERVICE INC

| | | | | |
|---|---|---|---|---|
| Pay Date: | 01/17/2025 | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. | | Emp #: 1013 |
| Period Start: | 01/05/2025 | 686 E MILL ST 2ND FLOOR | | Dept: 000003 - Admin |
| Period End: | 01/11/2025 | SAN BERNARDINO  CA  92408    (909) 569-2654 | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 48.08 | 40.00 | 1923.04 | 4999.90 |
| Holiday | 48.08 | 0.00 | 0.00 | 769.22 |
| **Gross** | | **40.00** | **1923.04** | **5769.12** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 123.51 | 370.53 |
| Medicare | | | 27.88 | 83.65 |
| Social Security | | | 119.23 | 357.69 |
| California State W/H(M/3) | | | 43.22 | 129.66 |
| CaliforniaSDI Tax | | | 23.08 | 69.23 |
| **Deductions** | | | | |
| CELL PHONE | | | 0.00 | -10.00 |
| **Net Pay** | | | **1586.12** | **4768.36** |

Voucher No.  40719DD

| Net Pay Distribution | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 686.12 | 2068.36 | |
| Direct Dep. Distribution 1 | 900.00 | 2700.00 | |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 0.00 | 80.00 | 0.00 | 80.00 |
| Vacation Hours | 2.31 | 159.27 | 0.00 | 159.27 |

---

Voucher No.  40719DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor                    DATE: 01/17/2025

Dept: 000003

## Net Pay:                                                 1586.12

One Thousand Five Hundred Eighty Six And 12/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE                    **For Record Purposes Only**
REDLANDS, CA  92373                    **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**MOWBRAY, ROBIN E**

Company: 0TX10 - ORIGINAL MOWBRAYS TREE SERVICE INC

| | | | |
|---|---|---|---|
| Pay Date: | 01/10/2025 | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. | Emp #: 1013 |
| Period Start: | 12/29/2024 | 686 E MILL ST 2ND FLOOR | Dept: 000003 - Admin |
| Period End: | 01/04/2025 | SAN BERNARDINO  CA  92408    (909) 569-2654 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 48.08 | 32.00 | 1538.43 | 3076.86 |
| Holiday | 48.08 | 8.00 | 384.61 | 769.22 |
| **Gross** | | **40.00** | **1923.04** | **3846.08** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H(M) | | | 123.51 | 247.02 |
| Medicare | | | 27.89 | 55.77 |
| Social Security | | | 119.23 | 238.46 |
| California State W/H(M/3) | | | 43.22 | 86.44 |
| CaliforniaSDI Tax | | | 23.07 | 46.15 |

| Deductions | | | | |
|---|---|---|---|---|
| CELL PHONE | | | -10.00 | -10.00 |
| **Net Pay** | | | **1596.12** | **3182.24** |

Voucher No.  40630DD

| Net Pay Distribution | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 696.12 | 1382.24 |
| Direct Dep. Distribution 1 | 900.00 | 1800.00 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 0.00 | 80.00 | 0.00 | 80.00 |
| Vacation Hours | 2.31 | 156.96 | 0.00 | 156.96 |

---

Voucher No.  40630DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor

DATE: 01/10/2025

Dept: 000003

**Net Pay:**    **1596.12**

One Thousand Five Hundred Ninety Six And 12/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE
REDLANDS, CA  92373

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

MOWBRAY, ROBIN E

Company: 0TX10 - ORIGINAL MOWBRAYS TREE SERVICE INC

| | | | |
|---|---|---|---|
| Pay Date: | 01/03/2025 | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. | Emp #: 1013 |
| Period Start: | 12/22/2024 | 686 E MILL ST 2ND FLOOR | Dept: 000003 - Admin |
| Period End: | 12/28/2024 | SAN BERNARDINO  CA  92408    (909) 569-2654 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 48.08 | 32.00 | 1538.43 | 1538.43 |
| Holiday | 48.08 | 8.00 | 384.61 | 384.61 |
| **Gross** | | **40.00** | **1923.04** | **1923.04** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 123.51 | 123.51 |
| Medicare | | | 27.88 | 27.88 |
| Social Security | | | 119.23 | 119.23 |
| California State W/H(M/3) | | | 43.22 | 43.22 |
| CaliforniaSDI Tax | | | 23.08 | 23.08 |
| **Deductions** | | | | |
| **Net Pay** | | | **1586.12** | **1586.12** |

Voucher No.  40507DD

| Net Pay Distribution | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 686.12 | 686.12 |
| Direct Dep. Distribution 1 | 900.00 | 900.00 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 40.00 | 80.00 | 0.00 | 80.00 |
| Vacation Hours | 2.31 | 154.65 | 0.00 | 154.65 |

---

Voucher No.  40507DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor

DATE: 01/03/2025

Dept: 000003

## Net Pay:                                         1586.12

One Thousand Five Hundred Eighty Six And 12/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE
REDLANDS, CA  92373

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**MOWBRAY, ROBIN E**

Company: 0TX10 - ORIGINAL MOWBRAYS TREE SERVICE INC

| | | | |
|---|---|---|---|
| Pay Date: | 12/27/2024 | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. | Emp #: 1013 |
| Period Start: | 12/15/2024 | 686 E MILL ST 2ND FLOOR | Dept: 000003 - Admin |
| Period End: | 12/21/2024 | SAN BERNARDINO  CA  92408    (909) 569-2654 | Pay Basis: Salary |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 48.08 | 40.00 | 1923.04 | 94228.95 |
| Holiday | 48.08 | 0.00 | 0.00 | 1923.05 |
| Retro Regular | 48.08 | 0.00 | 0.00 | 5769.12 |
| **Gross** | | **40.00** | **1923.04** | **101921.12** |

| W/H Taxes | | | Current Period | Year To Date |
|---|---|---|---|---|
| Federal W/H(M) | | | 125.61 | 7108.26 |
| Medicare | | | 27.89 | 1477.86 |
| Social Security | | | 119.23 | 6319.11 |
| California State W/H(M/3) | | | 45.91 | 2667.92 |
| CaliforniaSDI Tax | | | 21.15 | 1121.13 |

| Deductions | | | Current Period | Year To Date |
|---|---|---|---|---|
| 401K $ | | | 0.00 | 1422.65 |
| CELL PHONE | | | 0.00 | -110.00 |
| **Net Pay** | | | **1583.25** | **81914.19** Voucher No. 40385DD |

| Net Pay Distribution | | | Current Period | Year To Date |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1583.25 | 81914.19 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 0.00 | 40.00 | 0.00 | 40.00 |
| Vacation Hours | 2.31 | 152.34 | 0.00 | 152.34 |
| 401K $ - Match | 0.00 | 57.69 *Company Match | | |

Voucher No.  40385DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor                          DATE: 12/27/2024

Dept: 000003

**Net Pay:**                                                          **1583.25**

One Thousand Five Hundred Eighty Three And 25/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE                        **For Record Purposes Only**
REDLANDS, CA  92373                          **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

MOWBRAY, ROBIN E

Company: 0TX10 - ORIGINAL MOWBRAYS TREE SERVICE INC

| | | |
|---|---|---|
| Pay Date: | 12/20/2024 | DBA: THE ORIGINAL MOWBRAYS TREE SERVICE, INC. |
| Period Start: | 12/08/2024 | 686 E MILL ST 2ND FLOOR |
| Period End: | 12/14/2024 | SAN BERNARDINO  CA  92408    (909) 569-2654 |

Emp #: 1013
Dept: 000003 - Admin
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 48.08 | 40.00 | 1923.04 | 92305.91 |
| Holiday | 48.08 | 0.00 | 0.00 | 1923.05 |
| Retro Regular | 48.08 | 0.00 | 0.00 | 5769.12 |
| **Gross** | | **40.00** | **1923.04** | **99998.08** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 125.61 | 6982.65 |
| Medicare | | | 27.88 | 1449.97 |
| Social Security | | | 119.23 | 6199.88 |
| California State W/H(M/3) | | | 45.91 | 2622.01 |
| CaliforniaSDI Tax | | | 21.15 | 1099.98 |
| **Deductions** | | | | |
| 401K $ | | | 0.00 | 1422.65 |
| CELL PHONE | | | 0.00 | -110.00 |
| **Net Pay** | | | **1583.26** | **80330.94** |

Voucher No.  40255DD

| **Net Pay Distribution** | | |
|---|---|---|
| Direct Deposit Net Check | 1583.26 | 80330.94 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Time Hours | 0.00 | 40.00 | 0.00 | 40.00 |
| Vacation Hours | 2.31 | 150.03 | 0.00 | 150.03 |
| 401K $ - Match | 0.00 | 57.69 *Company Match | | |

Voucher No.  40255DD

THE ORIGINAL MOWBRAYS TREE SERVICE, INC.
686 E Mill St 2nd Floor                    DATE: 12/20/2024

Dept: 000003

**Net Pay:**                                                    **1583.26**

One Thousand Five Hundred Eighty Three And 26/100 Dollars

MOWBRAY, ROBIN E
12706 HIGHVIEW LANE                    **For Record Purposes Only**
REDLANDS, CA  92373                    **\*\*NON-NEGOTIABLE\*\***