ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
   rzur@elkinskalt.com
LAUREN N. GANS, State Bar No. 247542
   lgans@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Debtor and Debtor-in-Possession
Robin Elaine Mowbray

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ROBIN ELAINE MOWBRAY,<br><br>    Debtor. | Case No. 8:25-bk-10543-TA<br><br>Chapter 11<br><br>**CHAPTER 11  STATUS REPORT**<br><br><u>**Status Conference**</u>:<br>**Date:**  April 22, 2025<br>**Time:** 11:00 a.m.<br>**Ctrm:** 5B 411<br>         West Fourth Street,<br> Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

Robin Elaine Mowbray, the debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Debtor"), hereby submits this chapter 11 status report.

**I.    BACKGROUND**

   **A.    The Debtor's Business and Principal Assets and Liabilities**

The Debtor is the 100% owner of The Original Mowbray's Tree Service, Inc ("MTS") a

debtor in case no.8:24-bk-12674-TA, and the managing member of Waterman Mowbray Property, LLC ("Waterman"), a debtor in case no. 8:25-bk-10542-TA. The Debtor co-owns a home in Yucaipa with her brother, who is responsible for the associated costs. The Debtor lives with her two children and father in Redlands, in a home she rents from the Gloria Mowbray Separate Property Trust ("Trust"), a special needs trust of which she is the Trustee, and her father, John Mowbray is the beneficiary. The Debtor provides management services to Waterman on a contractual basis and is an employee of MTS. The Debtor loaned MTS approximately $5.8 million of her tax refunds when MTS began encountering financial challenges.

The Debtor's largest creditors are the Trust, PNC Bank ("PNC") and Bank of the Sierra ("BOTS"). The Trust is a secured creditor of the Debtor pursuant to a loan for the purchase of MTS stock secured by the stock itself. The Debtor personally guaranteed a loan from PNC to MTS for approximately $7 million, and a loan from BOTS to Waterman for approximately $2.6 million. The remainder of the Debtor's unsecured debt is mainly credit card debt.

### B. Events Leading to this Case

The Debtor, along with MTS and Waterman, are defendants in litigation brought by Ronnie Jordan. Ronnie Jordan was the prior chief executive officer of MTS and in addition to seeking damages against MTS, is also seeking damages against the Debtor personally and Waterman, claiming to have also been employed by Waterman.

The Debtor has made significant loans to MTS in order to help it navigate certain economic hurdles MTS faced as a result of the PG&E bankruptcy and the loss of a potential contract with Southern California Edison. As a result, the Debtor has recently struggled to cover her living expenses and is incurring mounting credit card debt.

The Debtor was compelled to file the above-captioned chapter 11 case (the "Case") to protect the value of her estate for all stakeholders, while restructuring her legitimate obligations in an orderly, fair and equitable manner.

### II. COMPLIANCE WITH STATUTORY REQUIREMENTS

The Debtor is in compliance with all of her duties under 11 U.S.C. §§ 521, 1106 and 1107. The Debtor timely filed her schedules and statement of financial affairs on March 5, 2025. [Dkt No.

20]. The Debtor's 341(a) meeting of creditors began on March 27, 2025, and was continued to May 22, 2025. [Dkt No. 35].

The Debtor provided the initial 7-day package documents required by the Office of the United States Trustee ("OUST") on March 10, 2025, and continues to work closely with the OUST to provide copies of the remaining requested documents. The Debtor timely filed her first monthly operating report. [Dkt No. 30]. The Debtor's quarterly OUST fees are not yet due. On April 8, 2025, the Debtor filed her periodic report on related entities regarding value, operations and profitability of entities in which the estate holds a substantial or controlling interest. [Dkt No. 38].

### III.    13-WEEK CASH FLOW

Through April 4, 2025, the Debtor's operating cash flow and cash on hand were moderately better than the amounts projected in her 13-Week Cash Flow, a copy of which is attached hereto as Exhibit 1. The Debtor's cash on hand was approximately $19,411 versus the forecasted amount of $12,061, mainly due to bankruptcy legal fees which are budgeted for but not being paid at this time. The Debtor does not anticipate any significant changes to her operating cash flow and cash on hand.

### IV.    RETAINED PROFESSIONALS

On March 13, 2025, the Debtor filed her application to employ Elkins Kalt Weintraub Reuben Gartside LLP as General Bankruptcy Counsel (the "Elkins App."). [Dkt No. 27]. On April 8, 2025, the Court entered an order approving the Elkins App. [Dkt No. 39].

### V.    UNEXPIRED LEASES AND CONTRACTS

The Debtor intends to assume her residential lease for her home in Redlands, and her management agreement with Waterman in connection with the confirmation of her plan of reorganization.

### VI.    PROPOSED DEADLINES

#### A.    Disclosure Statement and Plan

The Debtor has been focused on the initial stages of this Case and completing the various reporting requirements. The Debtor intends to work closely with Waterman to formulate her plan which will likely entail Waterman liquidating certain real property assets. She will also work closely with MTS, in negotiating with PNC Bank regarding its plan treatment. The plan will also provide

for the pro-rata payment on allowed unsecured claims in the order and priority prescribed by the Bankruptcy Code. The negotiations with PNC Bank are likely to inform the timing of proposing and confirming a plan of reorganization. The Debtor also hopes that she will be able to reach a consensual resolution with Ronnie Jordan. However, if that does not occur, the Debtor has a strong basis on which to object to Ronnie Jordan's claim and will likely pursue litigation as necessary.

Currently, the Debtor's exclusive period to file a disclosure statement and plan of reorganization ends on June 19, 2025, and the Debtor hopes to file the disclosure statement and plan by that date. However, the Debtor reserves the right to seek an extension of her exclusivity periods. The Debtor requests that the Court not set a deadline to file a plan and disclosure statement.

### B. Proposed Claims Bar Date

The Debtor requests that the Court establish a deadline to file claims pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3) and the Debtor proposes a deadline of 60 days from notice to be provided by the Debtor after the status conference. The Debtor requests that the Court not yet set a deadline for objections to claims at this time.

DATED: April 9, 2025

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: */s/ Lauren Gans*
ROYE ZUR
LAUREN GANS
Attorneys for Debtor and Debtor-in-Possession
Mowbray Waterman Property, LLC

# EXHIBIT 1

**Robin Mowbray**
**26-Week Cash Projection**

| | 0 | 1 | 2 | | 19029 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | 2/19/2025 | 2/21/2025 | 2/28/2025 | 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 | 4/4/2025 | 4/11/2025 | 4/18/2025 | 4/25/2025 | 5/2/2025 | 5/9/2025 | 5/16/2025 | 5/23/2025 | 5/30/2025 |
| | | | | 0 | | | | | | | | | | | | |
| **Cash on Hand - BOW** | $ 20,260 | $ 18,353 | $ 19,029 | $ 19,029 | $ 20,029 | $ 13,362 | $ 12,505 | $ 11,908 | $ 12,061 | $ 9,894 | $ 10,048 | $ 8,441 | $ 8,594 | $ 13,927 | $ 9,080 | $ 9,231 |
| **Cash on Hand** | | $ 1,000 | $ 847 | $ 847 | | | | | | | | | | | | |
| **Sources of Cash** | | | | | | | | | | | | | | | | |
| Sales | | | | | | | | | | | | | | | | |
| MTS Payroll Income | | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 |
| MWPLLC Managent Fee | | | | | | | | | 8,000 | | | | 8,000 | | | |
| Other Income | | | | | | | | | | | | | | | | |
| **Total Sources of Cash** | - | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 9,586 | 1,586 | 1,586 | 1,586 | 9,586 | 1,586 | 1,586 | 1,586 |
| 686 | | | | | | | | | | | | | | | | |
| **Uses of Cash** | | | | | | | | | | | | | | | | |
| Housing Costs | | | | | | | | | | | | | | | | |
| Mortage or Rent | | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 901 | 902 |
| Home Insurance | | | | | | | | | | | | | | | | |
| Water and Sewer | | | | | 600 | | | | 600 | | | | 600 | | | |
| Southern California Edison | | | | | 1,200 | | | | 1,200 | | | | 1,200 | | | |
| SoCalGas | | | | | 200 | | | | 200 | | | | 200 | | | |
| Home Maintenance | | | | | | | | 750 | | | | 750 | | | | |
| Pool Service | | | | | 250 | | | | 250 | | | | 250 | | | |
| Landscaping | | | | | 500 | | | | 500 | | | | 500 | | | |
| **Total Housing Costs** | - | 900 | 900 | 900 | 3,650 | 900 | 1,650 | 900 | 3,650 | 900 | 1,650 | 900 | 3,650 | 900 | 901 | 902 |
| | | | | | | | | | | | | | | | | |
| **Food and Household Expenses** | | | | | | | | | | | | | | | | |
| Food and Housekeeping Supplies | 787 | 88 | 583 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 381 | 382 |
| Household Supplies | | | | | | | | | | | | | | | | |
| **Total Food and Household Expenses** | 787 | 88 | 583 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 380 | 381 | 382 |
| | | | | | | | | | | | | | | | | |
| **Personal Expenses & Debt** | | | | | | | | | | | | | | | | |
| Credit Card Payments | | | | | | | | | | | | | | | | |
| Medical Debt | | - | | | | | - | | | - | | | | | | |
| Bank Charges | | | - | | | | | | | | | | | | | |
| Clothing | | | | | | | | | | | | | | | | |
| Personal Care | | | | | | 760 | | | | 760 | | | | | | |
| Entertaiment | 70 | 40 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 |
| Medical and Dental Expenses | | | | | | 250 | | | | 250 | | | | | | |
| Life Insurance | | | | | 70 | | | | 70 | | | | 70 | | | |
| Charitable Donations | 50 | | | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Legal CKB Vienna | | | | | | | | | | | | | | 1,000 | | |
| Legal Elkins Kalt Weintraub Reuben Gartside LLP | | | | | 4,000 | | | | 4,000 | | | | | 4,000 | | |
| CPA Soren McAdam | | | | | | | | | 3,500 | | | | | | | |
| Other (Bank Expenses) | | 35 | | | | | | - | | | - | | | | | |
| **Total Personal Expenses & Debt** | 120 | 75 | 103 | 153 | 4,223 | 1,163 | 153 | 153 | 7,723 | 153 | 1,163 | 153 | 223 | 5,153 | 153 | 153 |
| | | | | | | | | | | | | | | | | |
| **Total Uses of Cash** | 907 | 1,063 | 1,586 | 1,433 | 8,253 | 2,443 | 2,183 | 1,433 | 11,753 | 1,433 | 3,193 | 1,433 | 4,253 | 6,433 | 1,435 | 1,437 |
| | | | | | | | | | | | | | | | | |
| **Net Cash Inflow (Outflow)** | (907) | 523 | 0 | 153 | (6,667) | (857) | (597) | 153 | (2,167) | 153 | (1,607) | 153 | 5,333 | (4,847) | 151 | 149 |
| | | | | | | | | | | | | | | | | |
| **Cash on Hand - EOW** | $ 19,353 | $ 19,876 | $ 19,876 | $ 20,029 | $ 13,362 | $ 12,505 | $ 11,908 | $ 12,061 | $ 9,894 | $ 10,048 | $ 8,441 | $ 8,594 | $ 13,927 | $ 9,080 | $ 9,231 | $ 9,380 |



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10345 W. Olympic Blvd., Los Angeles, California 90064

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 9, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 9, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 9, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, Chief Judge
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 9, 2025 | Lauren B. Wageman | /s/ Lauren B. Wageman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**
5598654

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **Kenneth J Catanzarite**   kcatanzarite@catanzarite.com
   - **Lauren N Gans**   lgans@elkinskalt.com, TParizad@elkinskalt.com
   - **Jessica L Giannetta**   jessica@giannettaenrico.com, melanie@giannettaenrico.com
   - **Queenie K Ng**   queenie.k.ng@usdoj.gov
   - **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
   - **Ahren A Tiller**   ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
   - **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| United States Trustee<br>411 W. Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Bank of the Sierra<br>Elliott Miller<br>P.O. Box 1930 Porterville, CA 93258 | JP Morgan Chase Bank, N.A. P.O. Box 6026<br>IL1-1145<br>Chicago, IL 60680 |
| Ronnie Jordan<br>c/o Kenneth J. Catanzarite<br>2331 West Lincoln Avenue<br>Anaheim, CA 92801 | PNC Bank<br>201 E. Pine St., Suite 100<br>Orlando, FL 32801 | American Express<br>PO Box 96001<br>Los Angeles, CA 90096 |
| Gloria Mowbray Property Trust<br>960 Sunset Hill Ln.<br>Redlands, CA 92373 | Banner Bank HELOC<br>368 East Vanderbilt Way<br>San Bernardino, CA 90240 | Capital One<br>P.O. Box 60519<br>City of Industry, CA 91716 |
| Concura Credit<br>P.O. Box 96541<br>Charlotte, NE 28296 | Target<br>P.O. Box 660170<br>Dallas, TX 75266 | Saks First<br>P.O. Box 182436<br>Columbus, OH 43218 |
| Synchrony Bank<br>P.O. Box 71724<br>Philadelphia, PA 19176 | Visa Platinum<br>1425 Lugonia Ave<br>Redlands, CA 92374 | Best Buy<br>P.O. Box 790441<br>St. Louis, MO 63179 |
| Macy's American Express<br>P.O. Box 9001108<br>Louisville, KY 40290 | Lane Bryant<br>P.O. Box 650972<br>Dallas TX 75265 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

5598654