| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ROYE ZUR, State Bar No. 273875<br>   rzur@elkinskalt.com<br>LAUREN N. GANS, State Bar No. 247542<br>   lgans@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Robin Elaine Mowbray | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: 8:25-bk-10543-TA |
|---|---|
| | CHAPTER: 11 |
| ROBIN ELAINE MOWBRAY, | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** |
| | ☒ No hearing: LBR 9013-1(q)<br>☐ Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

1. <u>Bar Date</u>. The court has set a deadline of (*date*) __July 14_____, 20_25_ (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012    ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) <u>Executory contracts/unexpired leases</u>. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                           Page 1                                           **F 3003-1.NOTICE.BARDATE**

(b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) 02/19/2025 , and therefore calculates that this deadline is (*date*) 08/18/2025 ). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: 05/15/2025

By: /s/ Lauren N. Gans
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Lauren N. Gans
Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 3003-1.NOTICE.BARDATE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10345 W. Olympic Blvd., Los Angeles, California 90064

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 15, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 15, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 15, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2025 | Lauren B. Wageman | /s/ Lauren B. Wageman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **Shraddha Bharatia**   notices@becket-lee.com
   - **Kenneth J Catanzarite**   kcatanzarite@catanzarite.com
   - **Lauren N Gans**   lgans@elkinskalt.com, TParizad@elkinskalt.com
   - **Jessica L Giannetta**   jessica@giannettaenrico.com, melanie@giannettaenrico.com
   - **Queenie K Ng**   queenie.k.ng@usdoj.gov
   - **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
   - **Ahren A Tiller**   ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
   - **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | ALTA VISTA CREDIT UNION<br>1425 W LUGONIA AVE<br>REDLANDS CA 92374-2054 |
| Acrisure SouthWest Region<br>27174 Newport Rd Suite 3<br>Menifee, CA 92584-7384 | American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 | American Express Business<br>PO Box 96001<br>Los Angeles, CA 90096-8000 |
| Antionio Mariano<br>606 W Ramona Dr<br>Rialto, CA 92376-4839 | Bank of the Sierra<br>26328 Citrus St<br>Valencia, CA 91355-5323 | Bank of the Sierra<br>Elliott Miller<br>PO Box 1930<br>Portervilla, CA 93258-1930 |
| Bank of the Sierra<br>c/o Giannetta & Enrico, LLP<br>Attn: Jessica L. Giannetta<br>7522 N. Colonial Ave., Suite 100<br>Fresno, CA 93711-5874 | Banner Bank HELOC<br>368 East Vanderbilt Way<br>San Bernardino, CA 92408-3593 | Best Buy<br>PO Box 790441<br>St Louis, MO 63179-0441 |
| CKB Vienna LLP<br>Michael Kim<br>9531 Pittsburgh Ave<br>Rancho Cucamonga, CA 91730-6008 | Capital One<br>PO Box 60519<br>City of Industry, CA 91716-0519 | City of Redlands<br>PO Box 6903<br>Redlands, CA 92375-0903 |
| Concura Credit<br>PO Box 96541<br>Charlotte, NE 28296-6541 | Fullerton Lemann Schaefer Dominick<br>Creig Wilson<br>PO Box 1271<br>San Bernardino, CA 92402-1271 | Gloria Mowbray Separate Prop Trust<br>960 Sunset Hill Ln<br>Redlands, CA 92373-6963 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank NA<br>PO Box 6026<br>IL1 1145<br>Chicago, IL 60680-6026 | Lake Bryant<br>PO Box 650972<br>Dallas, TX 75265-0972 |
| DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Moreno Beach Pool<br>PO Box 303<br>Moreno Valley, CA 92556-0303 | Mowbray Waterman Property LLC<br>686 E Mill Street 2nd Floor<br>San Bernardino, CA 92408-1610 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
5598654

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| New York Life<br>PO Box 6916<br>Cleveland, OH 44101-1916 | PNC Bank<br>901 Via Piemonte<br>Ontario, CA 91764-6596 | PNC Bank<br>Commercial Lending Operations<br>PO Box 747046<br>Pittsburgh, PA 15274-7046 |
| PNC Bank<br>PNC Bank Commercial Asset Team<br>201 E Pine St Suite 100<br>Orlando, FL 32801-2714 | PNC Visa<br>PO Box 828702<br>Philadelphia, PA 19182-8702 | Planet Fitness<br>1670 E 4th Street<br>Ontario, CA 91764-2605 |
| Planet Fitness<br>2446 S Vineyard Ave<br>Ontario, CA 91761-6400 | Ronnie Jordan<br>co Cantazarite Law Corp<br>2331 West Lincoln Avenue Anaheim, CA 92801-5132 | Saks First<br>PO Box 182436<br>Columbus, OH 43218-2436 |
| San Bernardino Tax Collector<br>68 W Hospitality Ln 1st Floor<br>San Bernardino, CA 92415-0001 | SoCalGas<br>PO BOX C<br>Monterey Park, CA 91754-0932 | Soren McAdam LLP<br>Joe Horzen<br>2068 Orange Tree Ln 100<br>Redlands, CA 92374-4555 |
| Southen California Edison<br>PO Box 828702<br>Rosemead, CA 91771-0001 | Synchrony Bank<br>PO Box 71724<br>Philadelphia, PA 19176-1724 | Target<br>PO Box 660170<br>Dallas, TX 75266-0170 |
| The Original Mowbrays Tree Service<br>686 E Mill St 2nd Floor<br>San Bernardino, CA 92408-1610 | The Original Mowbrays Tree Service<br>Brian Weiss Force Ten Partners LLC<br>271 California Ave Suite 270<br>Irvine, CA 92617 | Visa Platinum 1425 Lugonia Ave<br>Redlands, CA 92374-2054 |
| Ana Lidia Gomez<br>c/o BLC Law Center, APC<br>1230 Columbia St. Suite 1100 San Diego, CA 92101-8517 | Jaime Rodriguez<br>c/o BLC Law Center<br>1230 Columbia St. Suite 1100 San Diego, CA 92101-8517 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

5598654

**F 9013-3.1.PROOF.SERVICE**