MICHAEL B. LUBIC (SBN 122591)
CONNOR J. MEGGS (SBN 336159)
RACHEL BERMAN (SBN 352237)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California  90067
Telephone:   (310) 552-5000
Facsimile:    (310) 552-5001
Email:  michael.lubic@klgates.com
        connor.meggs@klgates.com
        rachel.berman@klgates.com

Attorneys for PNC Bank, N.A.

ROYE ZUR (SBN 273875)
LAUREN N. GANS SBN 247542)
ELKINS KALT WEINTRAUB REUBEN
 GARTSIDE LLP
10345 West Olympic Boulevard
Los Angeles, California 90064
Telephone:   (310) 746-4400
Facsimile:    (310) 746-4499
Emails: lgans@elkinskalt.com
        rzur@elkinskalt.com

Attorneys for Debtor and Debtor in Possession
Robin Elaine Mowbray

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ROBIN ELAINE MOWBRAY,<br><br>      Debtor and Debtor in Possession. | Case No. 8:25-bk-10543-SC<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE FOR PNC BANK TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**<br><br>[No hearing required] |

s

1

**STIPULATION TO EXTEND DEADLINE FOR PNC BANK TO FILE A COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT**

This stipulation (the "Stipulation") is entered into as of May 27, 2025, by and between Robin Elaine Mowbray (the "Debtor") and PNC Bank, N.A. ("PNC") with reference to the following facts and recitals:

A. The Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code on February 19, 2025, commencing the above-captioned bankruptcy case (the "Case").

B. The Case is currently pending before the above-entitled United States Bankruptcy Court (the "Court").

C. The deadline for PNC to file a complaint to determine whether certain debts are dischargeable (a "523 Complaint") is currently May 27, 2025 (the "Deadline").

D. PNC has requested that the Debtor stipulate to an extension of the Deadline.

E. The Debtor has agreed to extend the Deadline as set forth below.

F. The Debtor and PNC desire to enter into this Stipulation in the interest of economy and efficiency.

NOW, THEREFOR, based on the foregoing facts and recitals and the mutual promises and consideration set forth herein, the receipt and adequacy of which is hereby acknowledged, the Debtor and PNC hereby stipulate as follows:

1. The Deadline for PNC to file a 523 Complaint is continued to November 27, 2025; and

2. The Debtor and PNC may further extend the Deadline by agreement in writing without further order of this Court.

Respectfully submitted,

Roye Zur
Lauren Gans
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

Dated: May 27, 2025        By: /s/ Roye Zur
                               Roye Zur

Attorneys for Debtor and Debtor-in-Possession
Mowbray Waterman Property, LLC

2

**STIPULATION TO EXTEND DEADLINE FOR PNC BANK TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

|  |  |
|---|---|
|  | Michael B. Lubic |
|  | Connor J. Meggs |
|  | Rachel Berman |
|  | K&L GATES LLP |
| Dated: May 27, 2025 | By: /s/ *Michael B. Lubic* |
|  | Michael B. Lubic |
|  | Attorneys for PNC Bank, N.A. |

3

**STIPULATION TO EXTEND DEADLINE FOR PNC BANK TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**